UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**OM SHIV HARI LLC,**

    Plaintiff,

v.                                     **No. 4:22-cv-0832-P**

**NAVIGATORS SPECIALTY INSURANCE COMPANY,**

    Defendant.

## ORDER

    On December 21, 2022, the Court notified the Parties of its intent to dismiss this case after receiving notification of an agreed settlement. *See* ECF No. 13. In doing so, the Court provided the Parties with an opportunity to object to dismissal of the action as the proper disposition of this case. *Id.* As of the date of this Order, the Parties have not objected.

    Accordingly, this case is hereby **DISMISSED with prejudice**.

    **SO ORDERED** on this **22nd day** of **December 2022.**

                                              Mark T. Pittman
                                              UNITED STATES DISTRICT JUDGE