UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**OM SHIV HARI LLC,**

   Plaintiff,

v.                                  No. 4:22-cv-0832-P

**NAVIGATORS SPECIALTY INSURANCE COMPANY,**

   Defendant.

## FINAL JUDGMENT

This Final Judgment is issued pursuant to Federal Rule of Civil Procedure 58. In accordance with the Court's Order of Dismissal (ECF No. 14) entered on December 22, 2022:

It is **ORDERED, ADJUGED, and DECREED** that this civil action is **DISMISSED with prejudice**.

The Clerk is **DIRECTED** to transmit a true copy of this Final Judgment to the Parties.

**SO ORDERED** on this **22nd day** of **December 2022.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE